IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEITH DOUGHERTY        *
       *
       *
     v.        *    Civil No. – JFM-13-857
       *
UNITED STATES MIDDLE DISTRICT OF     *
PA, ET AL.        *
       ******

## MEMORANDUM

Kevin Dougherty has instituted this *pro se* action. It is not entirely clear who the proper defendants are. However, in response to the Complaint, Carlisle Transportation Inc., has filed filed a motion to dismiss for failure to join a necessary party and a motion for more definite statement.[1] The motion will be treated as one for a more definite statement and, as such, will be granted.

It is not entirely clear what, if any, claims Dougherty is asserting against Carlisle Transportation, Inc. Although the genesis of the action appears to be unpaid invoices for services rendered by Bill's Mechanical and Welding Co., of which Dougherty is alleged to be the lawful assignee, the invoices appear to have been issued to a subsidiary of Carlisle Transportation, Inc. There are no allegations made in the complaint that would be sufficient to "pierce the corporate veil."

---

[1] Several other motions are pending. Because my granting of Carlisle Transportation Inc.'s motion changes the complexion of this litigation, all of those other motions are administratively closed.

1

Accordingly, Dougherty will be given an opportunity to amend his complaint to clarify the claims that he is stating and the basis for them. Dougherty is directed to file an amended complaint on or before January 24, 2014.

A separate order effecting the rulings made in this memorandum is being entered herewith.


Date:   January 9, 2014             __/s/_____
                                    J. Frederick Motz
                                    United States District Judge