IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEITH DOUGHERTY　　　　　　　　　＊
　　　　　　　　　　　　　　　　　＊
　　　　　　　　　　　　　　　　　＊
v.　　　　　　　　　　　　　　　　＊　　Civil No. – JFM-13-857
　　　　　　　　　　　　　　　　　＊
CARLISLE TIRE & WHEEL, ET AL.　　＊
　　　　　　　　　　　　　　　******

## ORDER

For the reasons stated in the accompanying memorandum, it is, this 21st day of March 2014

ORDERED

1. Keith Dougherty Investments & Consulting LLC is dropped as a plaintiff because, according to the allegations in the amended complaint, Keith Dougherty is the assignee of the claims asserted in this action;

2. Carlisle Tire & Wheel Inc. and Carlisle Transportation Inc. are dropped as defendants;

3. Carlisle Transportation Products Inc, as successor to Carlisle Tire & Wheel Company, is substituted as the proper defendant;

4. Carlisle Transportation Products Inc. is directed to file an answer to the amended complaint on or before April 9, 2014;

5. Plaintiff's motion for oral argument by way of teleconference (document 71) is denied; and

6. Plaintiff's motion for Rule 36 request for admission or in the alternative Rule 11 sanctions (document 74) is denied.

                                                      ____/s/_____
                                                      J. Frederick Motz
                                                      United States District Judge