**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KEITH DOUGHERTY, ET AL | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-13-857 |
| | * | |
| CARLISLE TRANSPORTATION | * | |
| PRODUCTS, INC. | * | |
| | ****** | |

**MEMORANDUM**

On March 21, 2014, I entered a memorandum and order dismissing claims filed by Keith Dougherty Investments & Consulting LLC and ordering that Carlisle Transportation Products Inc. ("CTP") be substituted as a proper defendant. CTP has now filed a motion to dismiss or for summary judgment. The motion will be granted. It is apparent from the papers filed in connection with CTP's motion that Keith Dougherty was not the personal assignee of any accounts receivable at Bill's Mechanical upon which this suit was based. Furthermore, to the extent that Dougherty is seeking to assert any rights held by Larry Runk, II, he is engaging in champerty and the unauthorized practice of law because the agreement between Dougherty and Runk provides that Dougherty will "provide recommendations and representations in the efforts to collect bad debt" in return for one third of the sums collected plus costs.

My granting of judgment in favor of CPT moots the other pending motions in this case.


Date: July 2, 2014      \_\_/s/_____
                         J. Frederick Motz
                         United States District Judge