**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KEITH DOUGHERTY, ET AL. | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-13-857 |
| | * | |
| CARLISLE TRANSPORTATION | * | |
| PRODUCTS, INC. | * | |
| | ****** | |

**ORDER**

For the reasons stated in the accompanying memorandum, it is, this 2nd day of July 2014

ORDERED

1.   Defendant's motion to dismiss, or in the alternative for summary judgment

   (document 92) is treated as one for summary judgment and, as such, is granted; and

2.  Judgment is entered in favor of defendant against plaintiffs.


_____/s/_____

J. Frederick Motz
United States District Judge